# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RICKIE HILL,

        Plaintiff(s),

v.

RHUDE, et al.,

        Defendant(s).

2:20-cv-01868-JAD-VCF

**ORDER**

Due to a clerical error,

IT IS HEREBY ORDERED that ECF No. 5, is VACATED.

DATED this 14th day of October, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE