**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RICKIE HILL,

          Plaintiff(s),

v.

RHUDE, et al.,

          Defendant(s).

2:20-cv-01868-JAD-VCF

**ORDER**

Before me is Plaintiff's motion accepting global settlement conference (ECF NO. 12). Plaintiff Hill is requesting that I set a global settlement conference in all his active cases. Defendants filed a response to plaintiff's instant motion. (ECF No. 12). Plaintiff filed his reply in support of his motion. (ECF Nos. 14, 15).

In this district, Plaintiff Hill has 40 active cases, which are listed below:

1. 3:20-cv-00548-RFB-WGC Hill v. Roop et al
2. 2:20-cv-01655-KJD-DJA Hill v. Harper et al
3. 2:20-cv-01659-RFB-EJY Hill v. Swartz et al
4. 2:20-cv-01687-RFB-EJY Hill v. Spry et al
5. 2:21-cv-01103-GMN-DJA Hill v. Sandoval et al
6. 2:21-cv-01888-GMN-NJK Hill v. Whittaker
7. 2:20-cv-01686-JAD-DJA Hill v. Matos et al
8. 2:20-cv-01717-JAD-DJA Hill v. Marciano et al
9. 2:21-cv-01371-APG-EJY Hill v. Pope et al
10. 2:20-cv-01822-RFB-VCF Hill v. Villatoro et al
11. 2:21-cv-01020-GMN-NJK Hill v. Amirkhani
12. 2:20-cv-01868-JAD-VCF Hill v. Rhude et al
13. 2:20-cv-02038-RFB-VCF Hill v. Resto et al

14. 2:20-cv-02361-JAD-DJA Hill v. Rodriguez et al

15. 2:21-cv-00145-GMN-DJA Hill v. Lima et al

16. 2:21-cv-00240-RFB-DJA Hill v. Striplin et al

17. 2:21-cv-00997-RFB-DJA Hill v. Jackson et al

18. 2:21-cv-01002-GMN-DJA Hill v. Rojastoro et al

19. 2:21-cv-01022-GMN-NJK Hill v. Laub et al

20. 2:21-cv-01027-GMN-NJK Hill v. Vandine et al

21. 2:21-cv-01061-RFB-DJA Hill v. Gittere et al

22. 2:21-cv-01361-APG-DJA Hill v. Lundgren

23. 2:21-cv-01362-APG-VCF Hill v. Struck et al

24. 2:21-cv-01375-GMN-VCF Hill v. McKeehan et al

25. 2:21-cv-01516-APG-DJA Hill v. Hernandez et al

26. 2:21-cv-01677-APG-BNW Hill v. Array et al

27. 2:21-cv-01679-JAD-DJA Hill v. Nichols et al

28. 2:21-cv-01698-APG-BNW Hill v. Pryten

29. 2:21-cv-01700-RFB-BNW Hill v. Meyers et al

30. 2:21-cv-01741-JAD-EJY Hill v. Striplin et al

31. 2:21-cv-01760-JAD-EJY Hill v. Stewart et al

32. 2:21-cv-01878-GMN-NJK Hill v. Williams

33. 2:21-cv-01922-RFB-DJA Hill v. Lima

34. 2:21-cv-01924-APG-VCF Hill v. Johnson et al

35. 3:20-cv-00495-MMD-WGC Hill v. Rutledge et al

36. 2:20-cv-01569-RFB-NJK Hill v. Ruiz et al

37. 2:20-cv-00684-APG-NJK Hill v. Rands et al

38. 2:20-cv-01745-KJD-BNW Hill v. Lopez

39. 3:20-cv-00167-MMD-WGC Hill v. Rands et al

40. 2:20-cv-01807-GMN-DJA Hill v. Carmona et al

The court does not have the resources to schedule a global settlement conference in all 40 of Rickie Hill's active cases in this district. If all parties, in all 40 cases, negotiate in good faith and reach an impasse on a reasonable number of well-defined issues, they may submit a stipulation and order for global settlement conference, which the I will consider.

Accordingly, I ORDER that Plaintiff's motion accepting global settlement conference (ECF NO. 12) is DENIED without prejudice.

DATED this 29th day of December 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE